1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Innovative Sports Management, Inc.
7

CLOSED

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10  Innovative Sports Management, Inc.,        CASE NO. 8:12-cv-01945-TJH-PLA

11              Plaintiff,                      [Proposed] ORDER GRANTING
                                               STIPULATION OF DISMISSAL OF
12       vs.                                   PLAINTIFF'S COMPLAINT AGAINST
                                               DEFENDANTS GIANCARLO PATTI,
13  Giancarlo Patti, et al.,                   individually and d/b/a PUERTO MADERO
                                               RESTAURANT; AND EL GUACHO, INC.,
14                                             an unknown business entity d/b/a PUERTO
15              Defendants.                     MADERO RESTAURANT

16

17       IT IS HEREBY STIPULATED by and between Plaintiff INNOVATIVE SPORTS

18  MANAGEMENT, INC. and Defendants GIANCARLO PATTI, individually and d/b/a PUERTO

19  MADERO RESTAURANT; AND EL GUACHO, INC., an unknown business entity d/b/a

20  PUERTO MADERO RESTAURANT, that the above-entitled action is hereby dismissed without

21  prejudice against GIANCARLO PATTI, individually and d/b/a PUERTO MADERO

22  RESTAURANT; AND EL GUACHO, INC., an unknown business entity d/b/a PUERTO

23  MADERO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement

24  agreement reached between the Parties.

25       IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

26  motion to reopen this action by May 15, 2014, the dismissal shall be deemed to be with prejudice.

27  ///

28  ///
    ///

STIPULATION OF DISMISSAL
CASE NO. 8:12-cv-01945-TJH-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: 4/23/14

_____
The Honorable Terry J. Hatter, Jr.
United States District Court
Central District of California

///
///
///
///
///
///
///
///
///
///
///
///
///